UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN QURESHI,<br><br>        Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO,<br>Secretary, United States Department of Homeland Security, *et al.*,<br><br>        Defendants. | No. 4:11-cv-5814-YGR<br><br>**JOINT STIPULATION REQUESTING THAT ORDER SETTING SETTLEMENT CONFERENCE BE VACATED; ORDER RE SAME** |

    1.    By order dated March 26, 2012, this matter was set for a settlement conference before Magistrate Judge Jacqueline Scott Corley on **April 24, 2012.**

    2.    After having discussed this matter, counsel for both parties are in agreement that this action is not amenable to settlement.

    3.    Mr. Quereshi seeks to compel adjudication of his application to adjust his status to that of a lawful permanent resident. Defendants oppose this relief. As a result, the parties do not believe there are grounds for settling this matter.

    4.    Counsel for both parties are in agreement that this matter should be decided on cross-motions for summary judgment. They are in process of negotiating a briefing schedule to present to the Court for such motions.

    Accordingly, the parties respectfully request that this Court VACATE its order setting this matter for a settlement conference.

|   |   |
|---|---|
|   | STUART F. DELERY<br>Acting Assistant Attorney General<br><br>DAVID J. KLINE<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>JEFFREY S. ROBINS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| /s/ Karen Alicia Davis<br>KAREN ALICIA DAVIS<br>P.O. Box 2202<br>Richmond, CA 94802-1203<br>Telephone: (510) 233-1011<br>Facsimile: (510) 233-1012<br>E-mail: karenalici@comcast.net<br>Counsel for Plaintiff | /s/ Aaron S. Goldsmith<br>AARON S. GOLDSMITH<br>Senior Litigation Counsel<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 532-4107<br>Facsimile: (202) 616-8962<br>E-mail: aaron.goldsmith@usdoj.gov<br><br>Counsel for Defendants |

Pursuant to the above Stipulation, **IT IS SO ORDERED.**

Dated: April 3, 2012

**Yvonne Gonzalez Rogers**
**United States District Judge**